

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00370-CR

Juan Guzman **ZUNIGA JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR5239
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_____
Keith E. Hottle
Clerk of Court